**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 21-7075

OSCAR A. VILLARREAL,

Plaintiff - Appellant,

v.

LEON DIXON, MD, Nottoway Correctional Center Physician; DAVID CALL, Warden, Nottoway Correctional Center; ORTHO VIRGINIA, Contract Practitioner,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:19-cv-00447-MHL-EWH)

Submitted:  December 21, 2021                     Decided:  December 27, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Oscar Alejandro Villarreal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar A. Villarreal appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Villarreal's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's orders. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*